UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                              Chapter 7

    ATLANTIC 111ST LLC,                          Case No.: 19-73137 (REG)

                  Debtor.
-----------------------------------------------------------------x
KENNETH P. SILVERMAN, ESQ., AS CHAPTER 7
TRUSTEE OF ATLANTIC 111ST LLC,

                  Plaintiff,
                                                                    Adv. Pro. No. 20-08251 (REG)
    -against-

RICHI RICH PALACE NY INC. d/b/a RICHIE
RICH RESTAURANT and JARNAIL SINGH,

                  Defendants.
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Brian Powers, Esq., hereby certify as follows:

1.     I am an attorney admitted in the State of New York, and am associated with the law firm of SilvermanAcampora LLP, counsel to plaintiff Kenneth P. Silverman, Esq., the chapter 7 trustee (the "Trustee") of the bankruptcy estate of Atlantic 111st LLC in the above-captioned action.

2.     I hereby certify that I served on December 23, 2020 the within:

- **COMPLAINT, together with SUPPORTING EXHIBITS 1 AND 2;**

- **TRUSTEE'S MOTION FOR HEARING ON SHORTENED NOTICE TO CONSIDER ENTRY OF ORDER ENJOINING DEFENDANTS FROM ENTERING UPON THE DEBTOR'S REAL PROPERTY AND/OR EXERCISING ANY CONTROL OVER PERSONAL PROPERTY OF THE DEBTOR'S ESTATE CONTAINED THEREIN, together with SUPPORTING EXHIBITS 1 AND 2;**

- **DECLARATION IN SUPPORT OF TRUSTEE'S MOTION FOR HEARING ON SHORTENED NOTICE TO CONSIDER ENTRY OF ORDER ENJOINING DEFENDANTS FROM ENTERING UPON THE DEBTOR'S REAL PROPERTY AND/OR EXERCISING ANY CONTROL OVER PERSONAL PROPERTY OF THE DEBTOR'S ESTATE CONTAINED THEREIN; AND**

- **ORDER TO SHOW CAUSE SCHEDULING HEARING ON THE TRUSTEE'S APPLICATION FOR AN ORDER ENJOINING DEFENDANTS FROM ENTERING UPON THE DEBTOR'S REAL PROPERTY AND/OR EXERCISING ANY CONTROL OVER PERSONAL PROPERTY OF THE DEBTOR'S ESTATE CONTAINED THEREIN – Entered on December 23, 2020**

upon the parties below at the e-mail addresses listed below:

To: Rosen & Kantrow, PLLC
*Attorneys for Jarnail Singh*
Attn: Fred S. Kantrow, Esq.
Email: fkantrow@rkdlawfirm.com

Berger, Fischoff, Shumer, Wexler & Goodman, LLP
Attn: Heath S. Berger, Esq.
Email: hberger@bfslawfirm.com

    *s/ Brian Powers*
    BRIAN POWERS