UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:                                                              Chapter 7

    ATLANTIC 111ST LLC,                           Case No.: 19-73137 (REG)

                        Debtor.
-------------------------------------------------------------------x
KENNETH P. SILVERMAN, ESQ., AS CHAPTER 7
TRUSTEE OF ATLANTIC 111ST LLC,

                        Plaintiff,
                                                           Adv. Pro. No. 20-08251 (REG)
    -against-

RICHI RICH PALACE NY INC. d/b/a RICHIE
RICH RESTAURANT and JARNAIL SINGH,

                        Defendants.
-------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I, Justin S. Krell, Esq., hereby certify as follows:

    1.    I am an attorney admitted in the State of New York, and am associated with the law firm of SilvermanAcampora LLP, counsel to plaintiff Kenneth P. Silverman, Esq., the chapter 7 trustee (the "Trustee") of the bankruptcy estate of Atlantic 111st LLC in the above-captioned action.

    2.    I hereby certify that I served on December 23, 2020 the within:

- **COMPLAINT, together with SUPPORTING EXHIBITS 1 AND 2;**

- **TRUSTEE'S MOTION FOR HEARING ON SHORTENED NOTICE TO CONSIDER ENTRY OF ORDER ENJOINING DEFENDANTS FROM ENTERING UPON THE DEBTOR'S REAL PROPERTY AND/OR EXERCISING ANY CONTROL OVER PERSONAL PROPERTY OF THE DEBTOR'S ESTATE CONTAINED THEREIN, together with SUPPORTING EXHIBITS 1 AND 2;**

- **DECLARATION IN SUPPORT OF TRUSTEE'S MOTION FOR HEARING ON SHORTENED NOTICE TO CONSIDER ENTRY OF ORDER ENJOINING DEFENDANTS FROM ENTERING UPON THE DEBTOR'S REAL PROPERTY AND/OR EXERCISING ANY CONTROL OVER PERSONAL PROPERTY OF THE DEBTOR'S ESTATE CONTAINED THEREIN; AND**

- **ORDER TO SHOW CAUSE SCHEDULING HEARING ON THE TRUSTEE'S APPLICATION FOR AN ORDER ENJOINING DEFENDANTS FROM ENTERING UPON THE DEBTOR'S REAL PROPERTY AND/OR EXERCISING ANY CONTROL OVER PERSONAL PROPERTY OF THE DEBTOR'S ESTATE CONTAINED THEREIN – Entered on December 23, 2020**

upon the parties below by overnight delivery to the addresses listed below, said addresses designated for that purpose by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the Federal Express Corporation within the State of New York.

To: Judy Moses, Esq.
111-19 120th Street
South Ozone Park, NY 11420

Richi Rich Palace NY, Inc.
110-19 Atlantic Avenue
Richmond Hill, NY 11418
Attn: Officer, Managing or General Agent

Jarnail Singh
110-19 Atlantic Avenue
Richmond Hill, NY 11418

Jarnail Singh
95-18 Van Wyck Exp.
Queens, NY 11419

                                        *s/ Justin S. Krell*
                                          JUSTIN S. KRELL